IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

| | | |
|---|---|---|
| In Re: | * | |
| | * | |
| Oscar L. Bermudez | * | Case No. 16-13090 WIL |
| | * | |
| Debtor | * | Chapter 13 |
| _____ | * | |
| | * | |
| US Bank Trust, NA | * | |
| | * | |
| Movant | * | |
| | * | |
| vs. | * | |
| | * | |
| Oscar L. Bermudez | * | |
| | * | |
| Respondent | * | |
| _____ | * | |

**DEBTOR'S ANSWER IN OPPOSITION TO THE MOTION FOR RELIEF
FROM AUTOMATIC STAY FILED BY US BANK TRUST, NA**

**COMES NOW** Oscar L. Bermudez, the Debtor, through the undersigned counsel, Albert K. Coto, Esq., and hereby submits this Answer in Opposition to the Motion for Relief from Automatic Stay (the "Motion") filed by US Bank Trust, NA, the Movant, and respectfully represents as follows:

**FIRST DEFENSE**

1. Paragraph 4 is admitted.

2. Paragraphs 6 and 8 are denied and strict proof of the allegations contained therein is demanded.

3. Paragraphs 1 and 2 do not require and answer and are otherwise denied.

4. Debtor does not have enough information to admit or deny the allegations contained in paragraphs 3, 5, and 7.

**SECOND DEFENSE**

5. The subject property is the Debtor's residence, is necessary for an effective reorganization.

**THIRD DEFENSE**

6. Debtor wishes to cure any post-petition arrears by reaching an agreement with Movant to do so within nine months.

**WHEREFORE**, the Debtor respectfully requests that this Honorable Court deny US Bank Trust, NA's Motion for Relief from Stay and grant such other and further relief as the cause may require.

Respectfully submitted,

/s/ *Albert K. Coto*
Albert K. Coto
Maryland Fed. Bar No. 19217
4301 Garden City Drive, Suite 300
Landover, Maryland 20785
Tel.: (301)459-3333
E-mail: acoto@adesassoc.us
*Attorney for the Debtor*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** on this 13th day of September 2019, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing **Response** will be served electronically by the Court's CM/ECF system on the following:

**Timothy P. Branigan, Chapter 13 Trustee**

**Randa S. Azzam, Esq.**

**Kevin R. Feig, Esq.**

**Michael T. Freeman, Esq.**

**Kimberly Brooke Lane, Esq.**

**Joshua Welborn, Esq.**

**I HEREBY FURTHER CERTIFY** that on this 13th day of September 2019, a copy of the foregoing **Response** was mailed by first-class mail, postage prepaid, to:

Kevin Feig, Esq.
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707

/s/ *Albert K. Coto*
Albert K. Coto